UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> ADWARD RUNBAIFAN, BIATERD-US, BOYULIN, CAMPANY124, CUZOOH, DASANYUAN2000, EROSHOO DIRECT, FEIFANDIANSHANG, FOUKIN, GREEN FUTURE:GF, GUANGZHOUSHIYOUPUMAOYIYOUXIANGONGSI, GYKUAJING521, HAPPY NEW YEAR DEALS 2023-YANHAITAO01, HZMENG, JIANJINGSHANGMAO, JIAZHICHUANG, JINYIER, LANYINGDIANZI, LIBKAI, LTHZKJ, LUWEN STORE, MOKALAKA, NAYRACK, PANWANGCHAORAN, PENGKESD, PHANTASY1212, PICKLOUD-US, PUYIPINGDIANZISHANGWU, RISAVM-US, SANYASTORE, SMILEY MALL, SYWEIWEI, TONGTALIVE, TOXOT-FAST DELIEVERY: 3-5DAYS, VIKYE-H, WYQWZZ, XIUGANPO-US, YIBINJIADINGYANGLAOFUWUYOUXIANGONGSI, YINAN TRADING, YNHWJD, YONGCHUN COUNTY SHIELD ARMOR NETWORK TRADING FIRM, ZMGJMD and 亚玛1号 a/k/a YAMA 1, <br><br> *Defendants* | **23-cv-1063 (GHW)** <br><br> **UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 9th day of March, 2023
New York, New York

                                                             _____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE