

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

# MEMORANDUM ENDORSED

October 2, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

> **Re:**   *Telebrands Corp. v. Adward runbaifan, et al.*
> **Civil Case No. 23-cv-1063**
> **Letter Request for Extension of Time to File Application for an Order to**
> **Show Cause for Default Judgment**

Dear Judge Woods,

        We represent Plaintiff Telebrands Corp. ("Plaintiff"), in the above-referenced matter (the "Action").[1]  On September 21, 2023, the Court entered an Order directing Plaintiff to file any application for an order to show cause for default judgment ("DJ OSC") by no later than October 15, 2023. However, Plaintiff is engaging in settlement discussions with several of the Defendants remaining in this Action. Accordingly, Plaintiff respectfully requests an extension of time, until November 17, 2023 to file its DJ OSC. In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully submits the following:

1. **Original Deadline:** October 15, 2023
2. **The number of previous requests for extension:** None, this is the first request for an extension of time to file Plaintiff's DJ OSC.
3. **The reason for the current request:** Plaintiff respectfully requests an extension of time so that it can continue engaging in the settlement discussions it is having with several of the Defendants remaining in the Action.
4. **Whether the adversary consents**: All of the Defendants remaining in this action are currently in default, thus Plaintiff did not seek their consent.
5. **Proposed alternative dates:** Plaintiff respectfully proposes filing its DJ OSC by no later than November 17, 2023.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Gregory H. Woods
October 2, 2023
Page 2

    We thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     **EPSTEIN DRANGEL LLP**

                                     BY:  /s/ Gabriela N. Nastasi
                                     Gabriela N. Nastasi
                                     gnastasi@ipcounselors.com
                                     60 East 42nd Street, Suite 1250
                                     New York, NY 10165
                                     Telephone: (212) 292-5390
                                     Facsimile: (212) 292-5391
                                     *Attorneys for Plaintiff*
                                     *Telebrands Corp.*

Application granted.  Any application for an order to show cause for default judgment is due no later than November 17, 2023.  Plaintiff is directed to serve this order on Defendants and to file proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.

Dated: October 2, 2023
New York, New York

                                     GREGORY H. WOODS
                                     United States District Judge