

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

## MEMORANDUM ENDORSED

November 13, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Telebrands Corp. v. Adward runbaifan, et al.*
              Civil Case No. 23-cv-1063
              **Second Request for Extension of Time to File Application for an Order to Show Cause for Default Judgment**

Dear Judge Woods,

      We represent Plaintiff Telebrands Corp. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On September 21, 2023, the Court entered an Order directing Plaintiff to file any application for an order to show cause for default judgment ("DJ OSC") by no later than October 15, 2023. On October 2, 2023, Plaintiff filed its first request for an extension of time to file its DJ OSC (Dkt. 43), which the Court granted and extended Plaintiff's deadline to file its DJ OSC until November 17, 2023. (Dkt. 44). For the reasons set forth herein, Plaintiff respectfully requests a second extension of time, until January 31, 2024, to file its DJ OSC. In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully submits the following:

1. **Original Deadline:** November 17, 2023
2. **The number of previous requests for extension:** One, this is the second request for an extension of time to file Plaintiff's DJ OSC.
3. **The reason for the current request:** Plaintiff respectfully requests an extension of time so that it can continue engaging in the settlement discussions it is having with several of the Defendants remaining in the Action.
4. **Whether the adversary consents**: All of the Defendants remaining in this action are currently in default, thus Plaintiff did not seek their consent.
5. **Proposed alternative dates:** Plaintiff respectfully proposes filing its DJ OSC by no later than January 31, 2024.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Gregory H. Woods
November 13, 2023
Page 2

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

Application granted.  Plaintiff's request for an extension of the expected date by which an application for an order to show cause for default judgment will be filed is granted.  Dkt. No. 48.  The Court expects that any application for an order to show cause for default judgment will be filed by January 31, 2024.  Given the anticipated application for default judgment, the initial conference scheduled for December 8, 2023, is canceled.  Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

SO ORDERED.

Dated: November 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge