

**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2024
```

## MEMORANDUM ENDORSED

January 26, 2024

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Telebrands Corp. v. Adward runbaifan, et al.*
                Civil Case No. 23-cv-1063
                <u>Third Request for Extension of Time to File Application for an Order to Show Cause for Default Judgment</u>

Dear Judge Woods,

      We represent Plaintiff Telebrands Corp. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On September 21, 2023, the Court entered an Order directing Plaintiff to file any application for an order to show cause for default judgment ("DJ OSC") by no later than October 15, 2023. On October 2, 2023, Plaintiff filed its first request for an extension of time to file its DJ OSC (Dkt. 43), which the Court granted and extended Plaintiff's deadline to file its DJ OSC until November 17, 2023. (Dkt. 44). On November 13, 2023, Plaintiff filed its second request for an extension of time to file its DJ OSC (Dkt. 48), which the Court granted and extended Plaintiff's deadline to file its DJ OSC until January 31, 2024. (Dkt. 49). For the reasons set forth herein, Plaintiff respectfully requests a third extension of time, until March 29, 2024, to file its DJ OSC. In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully submits the following:

1. <u>**Original Deadline:**</u> January 31, 2024
2. <u>**The number of previous requests for extension:**</u> Two, this is the third request for an extension of time to file Plaintiff's DJ OSC.
3. <u>**The reason for the current request:**</u> Plaintiff respectfully requests an extension of time so that it can continue engaging in the settlement discussions it is having with several of the Defendants remaining in the Action, recognizing the upcoming Chinese Lunar New Year holiday, which will inevitably cause a delay in communication with such Defendants.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Gregory H. Woods
January 26, 2024
Page 2

4. **Whether the adversary consents:** All of the Defendants remaining in this action are currently in default, thus Plaintiff did not seek their consent.
5. **Proposed alternative dates:** Plaintiff respectfully proposes filing its DJ OSC by no later than March 29, 2024.

We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    **EPSTEIN DRANGEL LLP**

    BY: /s/ Gabriela N. Nastasi
    Gabriela N. Nastasi
    gnastasi@ipcounselors.com
    60 East 42nd Street, Suite 1250
    New York, NY 10165
    Telephone: (212) 292-5390
    Facsimile: (212) 292-5391
    *Attorneys for Plaintiff*
    *Telebrands Corp.*

Application granted.  Plaintiff's request for an extension of time to seek an order to show cause for default judgment is granted.  Dkt. No. 50.  The Court shall expect Plaintiff to file a request for an order to show cause for default judgment, in accordance with the Court's Individual Rules of Practice in Civil Cases, by March 29, 2024.  The Clerk of Court is directed to terminate the pending motion at Dkt. No. 50.

SO ORDERED.

Dated: January 28, 2024                             _____
New York, New York                               GREGORY H. WOODS
                                                    United States District Judge