Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEBRANDS CORP.,

*Plaintiff*

v.

ADWARD RUNBAIFAN, BIATERD-US, BOYULIN, CAMPANY124, CUZOOH, DASANYUAN2000, EROSHOO DIRECT, FEIFANDIANSHANG, FOUKIN, GREEN FUTURE:GF, GUANGZHOUSHIYOUPUMAOYIYOUXIANGONGSI, GYKUAJING521, HAPPY NEW YEAR DEALS 2023-YANHAITAO01, HZMENG, JIANJINGSHANGMAO, JIAZHICHUANG, JINYIER, LANYINGDIANZI, LIBKAI, LTHZKJ, LUWEN STORE, MOKALAKA, NAYRACK, PANWANGCHAORAN, PENGKESD, PHANTASY1212, PICKLOUD-US, PUYIPINGDIANZISHANGWU, RISAVM-US, SANYASTORE, SMILEY MALL, SYWEIWEI, TONGTALIVE, TOXOT-FAST DELIEVERY: 3-5DAYS, VIKYE-H, WYQWZZ, XIUGANPO-US, YIBINJIADINGYANGLAOFUWUYOUXIANGONGSI, YINAN TRADING, YNHWJD, YONGCHUN COUNTY SHIELD ARMOR NETWORK TRADING FIRM, ZMGJMD and 亚玛1号

**CIVIL CASE NO.**
**23-cv-1063 (GHW)**

**ORDER FOR RETURN OF SECURITY BOND**

a/k/a YAMA 1,

*Defendants*

The Court, having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Ten Thousand U.S. Dollar ($10,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 5th day of August, 2026

HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE